**Delyn K. LAMAR, n/k/a Delyn K. Helm, Appellant,**

v.

**Frederick LAMAR, Respondent.**

No. 74603.

Missouri Court of Appeals,
Eastern District,
Warrenton Division.

June 8, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 27, 1999.

Application for Transfer Denied Sept. 21, 1999.

Theodore S. Schecter, Michael L. Schecter, Theresa A. Malone, The Schecter Law Firm, P.C., Clayton, for appellant.

Daniel J. Briegel, Briegel, Davis, Arand & Fischer, L.L.C., Union, for respondent.

Before RHODES RUSSELL, P.J., JAMES R. DOWD, J. and LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

This is an appeal from a judgment modifying a dissolution decree. Appellant contests the trial court's awards of physical custody, joint legal custody, and child support.

We have reviewed the briefs and record on appeal. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment of the trial court is affirmed pursuant to Rule 84.16(b).